ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JONATHAN B. KLINCK
Assistant United States Attorney
California Bar No. 119926
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-8561
    Facsimile: (213) 894-7819
    Email: jon.klinck@usdoj.gov

Attorneys for Defendants[1]

JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HARVEY L. AMES, | NO. CV 10-9525 AHM (DTBx) |
|     Plaintiff, | |
| v. | **ORDER ON STIPULATION FOR COMPROMISE SETTLEMENT AND RELEASE AND DISMISSAL OF ALL CLAIMS** |
| BRIGADIER GENERAL W. SMITH, JR. et al. | |
|     Defendants. | The Honorable A. Howard Matz |

    Based on the filed stipulation of Plaintiff in *pro per* and counsel for Defendants, and good cause appearing therefor,

///
///
///
///

---

[1] Brigadier General W. Smith Jr., Commanding General of the Marine Corps Air Ground Combat Center, is automatically substituted for his predecessor, Brigadier General H. S. Clardy III, pursuant to the provisions of F. R. Civ. P. 25(d).

1  IT IS ORDERED that the above-entitled action be, and hereby is, dismissed
2 with prejudice as to all parties and all causes of action, and that all parties are to
3 bear their own attorneys' fees and costs.

4 DATED: September 27, 2011

7 **JS-6**

_____
UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On September 26, 2011, I served **[PROPOSED] ORDER ON STIPULATION FOR COMPROMISE SETTLEMENT AND RELEASE AND DISMISSAL OF ALL CLAIMS** on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing: September 26, 2011. Place of mailing: Los Angeles, California.

**Person(s) and/or Entity(ies) to Whom mailed:**

Harvey L. Ames
P.O. Box 1104
Yucca, CA   92386

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: September 26, 2011 at Los Angeles, California.

/s/
Rossana Alvarez